UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| ROSEMARY FARIDANI,<br><br>          Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)   2:25-cv-00021-SDN<br>)<br>)<br>)<br>)<br>) |

## ORDER AFFIRMING RECOMMENDED DECISION

On February 4, 2026, the Magistrate Judge recommended affirming the Commissioner's decision, thus dismissing Plaintiff's complaint. ECF No. 17. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. The time within which to file objections expired on February 18, 2026, and no objections have been filed, either before or after the deadline.

Notwithstanding the parties' waiver, I have reviewed and considered the Magistrate Judge's Recommended Decision in light of the record. I concur with the Magistrate Judge's conclusions as set forth in her Recommended Decision and further determine that no further proceeding is necessary.

Therefore, the Court **AFFIRMS** and **ADOPTS** the Recommended Decision. ECF No. 17. Plaintiff's complaint is **DISMISSED**. ECF No. 1

**SO ORDERED.**

Dated this 2nd day of March, 2026.

                                                       /s/ Stacey D. Neumann
                                                       **UNITED STATES DISTRICT JUDGE**